HOFMANN & ASSOCIATES
*Attorneys for Plaintiff(s)*
360 West 31 Street, Suite 1506
New York, NY 10001-2727
Tel: (212) 465-8840

UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PHYLLIS KLEIN

                Plaintiff(s)

- against -

ELEGANT CRUISE LINES, LTD.,
AML SHIPPING, LTD., ELEGANT CRUISES
and TOURS, GAP ADVENTURES,
and the M/S ANDREA, in rem.

                Defendant(s)
-----------------------------------------------------------------X

**Docket No.: 08-CV-121**

**STIPULATION OF DISCONTINUANCE**

IT IS HEREBY STIPULATED that the above-referenced action is hereby discontinued without prejudice or costs pursuant to Rule 41 (a)(l)(ii) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       January 18, 2012

HOFMANN & SCHWEITZER
*Attorneys for Plaintiff(s)*

By: _____
Dario Anthony Chinigo (DC0298)
360 West 31st Street, Suite 1506
New York, NY 10001-2727
Tel: (212) 465-8840